UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:10CR5-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| SAUL VARGAS NUNEZ (4), ) | |
| Defendant. ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **SAUL VARGAS NUNEZ** only) in the above-captioned case *without prejudice*. (*See* Document #115)

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal's Service, and the United States Attorney's Office.

Signed: December 13, 2010

Richard L. Voorhees
United States District Judge